UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TERRENCE CHRISTOPHER HERNDON,

Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

Defendants.

CASE NO. 3:22-cv-05141-RAJ-JRC

REPORT AND RECOMMENDATION

NOTED FOR: July 8, 2022

This matter is before the Court on referral from the District Court and on the undersigned's second Order to Show Cause. *See* Dkt. 6.

In the second Order to Show Cause, the Court informed plaintiff that it had screened his proposed complaint pursuant to 28 U.S.C. §§ 1915, 1915A and that plaintiff's proposed complaint failed to state a claim upon which relief could be granted. Dkt. 6, at 1. The Court explained why plaintiff's complaint was inadequate and that the Court would not rule on his *in forma pauperis* ("IFP") motion until plaintiff provided a viable complaint. Dkt. 6, at 1–2. The Court accordingly offered plaintiff another opportunity to amend his complaint, informing

REPORT AND RECOMMENDATION - 1

plaintiff that failure to do so or to comply with the Order to Show Cause by June 3, 2022, would result in a recommendation of dismissal without prejudice.  Dkt. 6, at 2.

Plaintiff did not take any action in response to the second Order to Show Cause.  Plaintiff has not requested an extension, filed another amended proposed complaint, or otherwise responded to the Show Cause Order, although it has been more than two weeks since the deadline to do so.

Therefore, the undersigned recommends that this matter be dismissed without prejudice for failure to comply with a Court Order.   All pending motions should be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P. 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **July 8, 2022,** as noted in the caption.

Dated this 21st day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2