UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRENCE CHRISTOPHER HERNDON,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. 3:22-cv-05141-RAJ-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation.

(2)    This matter is dismissed without prejudice.

(3)    The Clerk is directed to send copies of this order to plaintiff and to the Hon. J. Richard Creatura.

**DATED** this 18th day of August, 2022.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1